IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JELENA L. HOSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO.: 1:22-cv-00127-LAG |
| SOUTHWEST GEORGIA VICTIM'S ) | |
| ASSISTANCE ALLIANCE, INC. and ) | |
| MARGARET McGRUTHER, ) | |
| ) | |
| Defendants,. ) | |

_____

## VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, by and through her attorney of record, and dismisses her complaint against each of the above-named defendants with prejudice.

This 9th day of November, 2022.

                              THE C.B. KING LAW FIRM

                        BY:   /s/ Chevene B. King, Jr.
                                 Chevene B. King, Jr.
                                 Attorney for Plaintiff

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(912) 436-0524
State Bar No.: 420105

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing VOLUNTARY DISMISSAL has been served upon the following individual, via electronic mail delivery, addressed as follows:

>Anandhi Rajan
>(*Anandhi.Rajan@swiftcurrie.com*)
>SWIFT CURRIE
>1420 Peachtree Street, NE / Suite 800
>Atlanta, GA 30309

This 9th day of November, 2022.

>THE C.B. KING LAW FIRM
>
>BY:   /s/ Chevene B. King, Jr.
>      Chevene B. King, Jr.
>      Attorney for Plaintiff

Post Office Drawer 3468
Albany, GA 31706
(912) 436-0524
State Bar No.: 420105